# Return

| Case No.: H19-1446M | Date and time warrant executed: 8/7/19 11:05 Am | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of:
S. Torres, S. Curtis

Inventory of the property taken and name of any person(s) seized:

folded Express Mail envelope which contained a small greeting card, which contained a small foam pouch. The pouch contained a gold foil baggie, which contained a double layer of plastic baggies. The baggie contained 5g of a brown, rock like substance

United States Courts
Southern District of Texas
FILED
SEP 23 2019
David J. Bradley, Clerk of Court

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/7/19

_____
Executing officer's signature

Silvia Torres, U.S. Postal Inspector
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **H19-1446M**
United States Postal Service )
Priority Mail Express Parcel )
EJ096568436US )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Parcel EJ096568436US - Addressed to Heather Healy, 43 E. End Ave., Neptune City, NJ 07753-6208, currently located at 4600 Aldine Bender Rd, Houston, TX 77315.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
Controlled substances, narcotics paraphernalia and/or drug proceeds

**YOU ARE COMMANDED** to execute this warrant on or before _august 18, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _august 5, 2019 4:47_    _[signed] Christina_
                                                           *Judge's signature*

City and state:   Houston, TX    Christina A. Bryan, U.S. Magistrate Judge
                                                *Printed name and title*